IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**UNITED STATES OF AMERICA**          \*

v.                                    \*  **Criminal Case No. TDC-18-631-2**

**TAEYON WILLIAMS et. al.**           \*

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

## MOTION TO WITHDRAW

Taeyon Williams, by and through undersigned counsel Alfred Guillaume III, Esq., and the Law Offices of Alfred Guillaume III, LLC, hereby files this *Motion to Withdraw* the request to not be appointed to represent Mr. Taeyon Williams in the Fourth Circuit. In support thereof states the following:

1. On September 1, 2023, co-counsel for Mr. Taeyon Williams, Christopher Nieto, Esq. filed a notice of appeal of the final judgement.

2. The notice indicated that both he and undersigned counsel *each requested* to not be appointed to represent Mr. Williams in the Fourth Circuit.

3. Mr. Guillaume *requests to be appointed* to represent Mr. Williams in the Fourth Circuit.

4. Mr. Guillaume's name and the request to not represent Mr. Williams in the Fourth Circuit, was included in the notice of appeal due to a miscommunication on his part to his co-counsel.

**WHEREFORE**, Mr. Guillaume requests that *only he* be appointed to represent Mr. Taeyon Williams in the Fourth Circuit.

Respectfully submitted,

*Alfred Guillaume*
_____
Alfred Guillaume III, # 30117

Law Offices of Alfred Guillaume III, LLC
1350 Connecticut Ave. NW, Ste. 308
Washington, D.C. 20036

Law Offices of Alfred Guillaume III, LLC
6305 Ivy Ln. Suite 700
Greenbelt, MD 20770

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing Motion was electronically filed with the Clerk via the CM/ECF system on September 3, 2023, with notice and access to all involved parties.

*Alfred Guillaume*
_____
Alfred Guillaume III, Esq.